**DISMISS and Opinion Filed July 15, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00615-CV

### IN THE INTEREST OF C.E.K., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-24-02917**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Partida-Kipness

Before the Court is appellant's notice of voluntary dismissal of the appeal.

We construe the notice as a motion, grant the motion, and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).

                                    /Robbie Partida-Kipness/
                                    ROBBIE PARTIDA-KIPNESS
240615F.P05                         JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.E.K., A CHILD

No. 05-24-00615-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-24-02917. Opinion delivered by Justice Partida-Kipness, Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Fatimah Coley recover her costs, if any, of this appeal from appellant Antonio Kent.

Judgment entered July 15, 2024.